# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

06mj126

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. P 0613449

Casey Beckstead

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: C1838900
ADDRESS: _____

CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____

DEFENDANT'S SIGNATURE

*Defendant sentenced to 2 days in custody, with credit for 2 days served*

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ 149.00  and a penalty assessment of $ 10.—  for a TOTAL
AMOUNT OF: $ 1500.—  within _____ days/months; or payments of $ 125.00 per month, commencing 12/30/06  and due on the 30th  of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

12 months unsupervised probation

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC              CLERK, USDC
CENTRAL VIOLATIONS BUREAU (GA)  1130 O STREET, RM 5000  501 "I" STREET
POST OFFICE BOX 740026         FRESNO, CA 93721         SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: Nov. 14, 2006

_____ for William M. Wunderlich
U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3